**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

SHAKWAN HAMILTON, on behalf of himself and : 
all others similarly situated,            : 
      Plaintiff,               : 
                               : 
          v.                :       CASE NO.: 2:19-cv-588
I.C. SYSTEM, INC. and JOHN DOES 1-25    : 
      Defendant.            : 
                               : 

---

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 3, 2020

| **For Plaintiff Shakwan Hamilton** | **For Defendant I.C. System, Inc.** |
|---|---|
| */s/ Yaakov Saks* <br><br> Yaakov Saks <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> ysaks@steinsakslegal.com | /s/ Monica M. Littman <br>  Monica M. Littman <br>  Kaufman Dolowich & Voluck, LLP <br> Four Penn Center <br> 1600 John F. Kennedy Blvd., Suite 1030 <br> Philadelphia, PA 19103 <br> Ph: 215-501-7002 <br> mlittman@kdvlaw.com |

## CERTIFICATE OF SERVICE

I certify that on June 4, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*